MINUTE ENTRY
MORGAN, J.
May 3, 2013

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **STEPHEN L. SPELL, II,**         Plaintiff | **CIVIL ACTION** |
| **VERSUS** | **No. 12-796** |
| **DANIEL EDWARDS, et al.,**         Defendants | **SECTION "E"** |

A pretrial conference was held on May 3, 2013, at 10:00 a.m. in the chambers of Judge Susie Morgan.

> Present:   Vincent Booth, counsel for Plaintiffs, Stephen L. Spell, II, and The Float Dog, LLC ("Plaintiffs"); Russell Rudolph, counsel for Defendants, Tangipahoa Parish Sheriff Daniel Edwards and Jacob Schwebel ("Defendants").

The parties discussed the pending motions, discovery issues and the trial in the upcoming matter. The Court informed the parties that it will issue an order and written reasons granting Plaintiffs' motion *in limine* to exclude the testimony of Dr. Mark Trudell, and an order and written reasons finding that The Float Dog, LLC, is the only proper plaintiff with standing in this case.

The Court further informed the parties that it will not strike Defendants' supplemental witness and exhibit list[1] because Defendants produced the relevant exhibits to Plaintiffs well before the discovery cut off in this case. Thus, the Court **DENIED** Plaintiffs' motion to strike.[2] The parties informed the Court that such ruling will necessitate

---

[1] R. Doc. 36.

[2] R. Doc. 42.

a continuance of the trial date to allow the parties to prepare for trial. Consequently, the Court vacated the scheduling order[3] and continued the trial without date.

In the event the parties are unable to amicably resolve this matter, the parties will attend a telephone status conference with the Court on **Monday, May 20, 2013, at 10:00 a.m.** to discuss any remaining discovery issues and to select a new trial date. The Court will provide the parties with its AT&T telephone conference call number prior to the conference.

If this matter proceeds to trial, the parties will be permitted to conduct additional discovery only with respect to the exhibits and witnesses listed on Defendants' supplemental witness and exhibit list.[4] Discovery will not be reopened for any other purpose unless the parties show good cause in writing why such discovery is necessary.

**IT IS SO ORDERED.**


New Orleans, Louisiana, this 3rd day of May, 2013.


_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

JS10 (0:26)

---

[3] R. Doc. 21.

[4] R. Doc. 36.